UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANN M. LENEAVE | ) |
| | ) |
| Plaintiff, | ) Case No. 3:20-cv-00074-RLY-MPB |
| | ) |
| v. | ) |
| | ) |
| ENHANCED RECOVERY COMPANY, LLC | ) |
| | ) |
| Defendant. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

The parties, by counsel, having filed with this Court a *Stipulation of Dismissal of Action With Prejudice* and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED that this cause is dismissed with prejudice.

Dated:  5/12/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF